UNITED STATES DISTRICT COURT  JS-6
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH OSBORN,** | ) Case No. 2:09-CV-04643-CAS-CT |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| **I.C. SYSTEM, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 18th day of February, 2010.

_____
The Honorable Christina A. Snyder

Order to Dismiss - 1